UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN CHESS, | No. 2:17-cv-1637 DB P |
| Plaintiff, | |
| v. | ORDER |
| J. MA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order dated October 26, 2018, the court screened plaintiff's complaint and determined plaintiff stated a potentially cognizable claim under the Eighth Amendment. (ECF No. 10.) The court also found that plaintiff's application to proceed in forma pauperis was incomplete. Plaintiff was directed to submit a properly completed application or submit payment of the filing fee within thirty days. Those thirty days have passed, and plaintiff has not submitted an updated application, updated his address, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, an updated application to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis by a Prisoner.

Dated: March 29, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/prisoner-civil rights/chess1637.ifp