UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN CHESS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MA, et al.,<br><br>    Defendants. | No. 2:17-cv-1637 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his rights under the Eighth Amendment.

The court screened plaintiff's complaint, determined he stated a potentially cognizable claim, and found that his application to proceed in forma pauperis was incomplete. (ECF No. 10.) Plaintiff was instructed to submit an updated application to proceed in forma pauperis or pay the filing fee. He was also warned that failure to respond to the court's order could result in a recommendation that this action be dismissed. Thereafter, plaintiff failed to submit an application, pay the fee, or otherwise respond to the court's order.

By order dated March 29, 2019, the court directed plaintiff to file an updated application to proceed in forma pauperis or pay the filing fee within fourteen days. (ECF No. 12.) Plaintiff was warned that failure to do so would result in a recommendation that this action be dismissed.

////

Those fourteen days have passed, and plaintiff has not filed an application, paid the fee, updated his address, or otherwise responded to the court's orders.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 21, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/prisoner-civil rights/chess1637.f&r.dism

2